UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

JULIE-ANNE DENTICI,
an individual,

    Plaintiff,

vs.                                        CASE NO: 2:17-CV-1620-AKK

CITY OF BIRMINGHAM

    Defendants.
_____/

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

The Plaintiff, Julie Dentici, and Defendant, City of Birmingham, by and through the undersigned counsel, hereby file with the Court this Joint Stipulation of Dismissal with Prejudice, with parties to bear their own legal fees.

WHEREFORE, the parties move this Court for the entry of a Dismissal against Defendant, City of Birmingham.

Dated this 20th day of June, 2018.

| | |
|---|---|
| Edward I. Zwilling, Esq. | Veronica L. Merritt, Esq. |
| Schwartz Roller & Zwilling | City Attorney's Office |
| 600 Vestavia Parkway, | Birmingham City Hall |
| Suite 251 | 710 N 20th Street, Room 600 |
| Birmingham, Alabama, 35216 | Birmingham, AL 35203 |
| Telephone: (205) 822-2701 | Telephone: (205) 254-2369 |
| Facsimile:  (205) 822-2702 | Facsimile: (205) 254-2302 |
| Email: ezwilling@szalaw.com | Email: Veronica.Merritt@birminghamal.gov |

By: *s/ Edward I. Zwilling*       By:     s/ *Veronica L. Merritt*
     Edward I. Zwilling                   Veronica L. Merritt